AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

TRUSTEES of the CHICAGO REGIONAL COUNCIL OF
CARPENTERS PENSION FUND, WELFARE FUND and
APPRENTICE & TRAINEE PROGRAM FUND

CASE NUMBER:    08CV3632

V.

ASSIGNED JUDGE:    JUDGE MANNING

TRINITY INTERIORS, INCORPORATED

DESIGNATED
MAGISTRATE JUDGE:    MAGISTRATE JUDGE VALDEZ

TO: (Name and address of Defendant)

TRINITY INTERIORS, INCORPORATED
c/o MILLER VERCHOTA, INC. REGISTERED AGENT
5412 S. ROUTE 31 SUITE 3
CRYSTAL LAKE, IL 60012

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DANIEL P. McANALLY
WHITFIELD McGANN & KETTERMAN
111 E. WACKER DRIVE
SUITE 2600
CHICAGO, IL 60601

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

Michael W. Dobbins, Clerk

_(signature)_

(By) DEPUTY CLERK

June 25, 2008

Date

| | | |
|---|---|---|
| **ClientCaseID:** N7715/DPM<br>**Law Firm ID:** WHITFIEL |  | **CaseReturnDate:** 8/8/08<br>Affidavit of Special Process Server |

## UNITED STATES DISTRICT COURT

Case Number **08CV3632**

I, LARRY E. BIELA

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. CHICAGO IL 60606

## CORPORATE SERVICE

THAT I SERVED THE WITHIN **SUMMONS AND COMPLAINT**
ON THE WITHIN NAMED DEFENDANT **TRINITY INTERIORS, INCORPORATED**
PERSON SERVED **CHERYL STONE, SECRETARY**
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON 8/4/08

That the sex, race and approximate age of the person whom I left the **SUMMONS AND COMPLAINT** are as follow:

**Sex** FEMALE **Race** WHITE **Age** 45
**Height** 5'6 **Build** MEDIUM **Hair** BROWN

**LOCATION OF SERVICE** 444 N Route 31 STE. 104
Crystal Lake, IL, 60012

Date Of Service 8/4/08    Time of Service 10:12 AM

LARRY E. BIELA                                 8/5/2008
Special Process Server
P.E.R.C.#129-215788

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

Total:  $55.00