IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al. | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 08 C 3632 |
| v. | ) ) ) | Judge Manning |
| TRINITY INTERIORS, INCORPORATED | ) ) | |
| Defendant. | ) | |

NOTICE OF VOLUNTARY DISMISSAL

Trinity Interiors, Incorporated
444 N. Route 31 Suite 104
Crystal Lake, IL 60012


PLEASE TAKE NOTICE that on September 2, 2008, pursuant to Fed. R. Civ. P. 41 (a)(1)(i), the plaintiffs hereby voluntarily dismiss this action without prejudice.

TRUSTEES OF THE CHICAGO REGIONAL
COUNCIL OF CARPENTERS PENSION
FUND et al.

By: s/ DANIEL P. McANALLY
    Attorney for Plaintiffs


Certificate of Service

I, Daniel P. McAnally, plaintiffs' attorney hereby certify that I served the above and foregoing Notice of Dismissal via U.S. first class mail to the person/s to who said Notice is directed on September 2, 2008.

Whitfield McGann & Ketterman
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601
312/251-9700